**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Malcolm Reid McDONALD,
Defendant—Appellant.**

**No. 08–30323.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 13, 2009.*

Filed April 29, 2009.

Elizabeth A. Horsman, Esquire, Office of the U.S. Attorneys, Helena, MT, for Plaintiff–Appellee.

Evangelo Arvanetes, Assistant Federal Public Defender, FDMT—Federal Defend-

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

ers of Montana, Great Falls, MT, for Defendant–Appellant.

Before: GRABER, GOULD, and BEA, Circuit Judges.

### MEMORANDUM **

Malcolm Reid McDonald appeals from the 33–month sentence imposed following his guilty-plea conviction for misuse of a social security number, in violation of 42 U.S.C. § 408(a)(7)(B), and aggravated identity theft, in violation of 18 U.S.C. § 1028A(a)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

McDonald contends that his sentence is unreasonable because the district court failed to consider the sentencing factors listed in 18 U.S.C. § 3553(a) and because the sentence is greater than necessary. We conclude that the district court did not commit procedural error, and that the sentence is substantively reasonable. *See United States v. Stoterau,* 524 F.3d 988, 999–1002 (9th Cir.2008).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The Honorable Gordon J. Quist, United States District Judge for the Western District of Michigan, sitting by designation.